IH-32   Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Samuel D. Isaly

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Boston Globe Media Partners, LLC | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Samuel D. Isaly

| Plaintiff | Case Number |
|---|---|
| vs. | 18-cv-09620 |
| Boston Globe Media Partners LLP | |
| Defendant | |

IH-32                                                                                                               Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☐ Open       (If so, set forth procedural status and summarize any court rulings.)

The earlier-filed case was dismissed by Chief Judge Swain after defendant filed a motion to dismiss.  The plaintiff filed a motion for reconsideration, which was also denied.  Plaintiff appealed the dismissal to the Second Circuit; the Second Circuit affirmed Chief Judge Swain's decision.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed action involves the same plaintiff and defendant as the earlier filed action.  Plaintiff seeks essentially the same relief based on the same set of facts, an article published by defendant Boston Globe Media Partners, LLC about plaintiff.  Defendant seeks to enforce the prior judgment of dismissal in the newly filed action.

Signature: /s/Kenneth I. Schacter            Date: 03/18/22

Firm: Morgan, Lewis & Bockius LLP