UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SAMUEL ISLAY,

       Plaintiff,

  -v-                                            No. 22 CV 2254-LTS-GWG

BOSTON GLOBE MEDIA PARTNERS,
LLC,

       Defendant.

-------------------------------------------------------x

## ORDER

The parties are hereby directed to meet and confer and submit a joint letter, by **April 7, 2022,** informing the Court of their proposed briefing schedule for any pre-answer motion practice in this action.

SO ORDERED.

Dated: New York, New York
       April 1, 2022

                                              /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge