UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

SAMUEL ISLAY,

       Plaintiff,

   -v-                             No.  22 CV 2254-LTS-GWG

BOSTON GLOBE MEDIA PARTNERS,
LLC,

       Defendant.

------------------------------------------------------x

## ORDER

       The Court has received and reviewed the parties' submissions (docket entry nos. 34 and 35) in response to the Court's order to show cause issued on May 5, 2022.  (Docket entry no. 33.)  It is hereby ordered that Defendant's motion to dismiss is denied without prejudice to renewal in light of Plaintiff's filing of an amended complaint.  Defendant is hereby directed to file any motion to dismiss the amended complaint (docket entry no. 19) by **May 18, 2022**.  Plaintiff must file any opposition to Defendant's motion to dismiss by **June 8, 2022**.  Defendant must file any reply by **June 22, 2022**.

       This order resolves docket entry nos. 25 and 29.

       SO ORDERED.

Dated: New York, New York
      May 12, 2022

                                /s/ Laura Taylor Swain_____
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge