UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL D. ISALY,<br><br>                    Plaintiff,<br><br>- against -<br><br>BOSTON GLOBE MEDIA PARTNERS LLC,<br><br>                    Defendant. | Case No. 1:22-cv-02254 (LTS) (GWG) |

**[     ] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Jonathan M. Albano for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals, and the United States Supreme Court, and that his contact information is as follows:

    Jonathan M. Albano
    MORGAN, LEWIS & BOCKIUS LLP
    One Federal Street
    Boston, MA 02110
    Tel.: (617) 951-8360
    Fax: (617) 341-7701
    jonathan.albano@morganlewis.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Boston Globe Media Partners, LLC in the above-titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 13, 2022                              /s/ Laura Taylor Swain, Chief USDJ

Dated: _____

                                            THE HONORABLE LAURA TAYLOR SWAIN
                                            United States District Judge