**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SAMUEL D. ISALY,

                Plaintiff,

   -against-                                    22 **CIVIL** 2254 (LTS)

                                                          **JUDGMENT**

BOSTON GLOBE MEDIA PARTNERS, LLC,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 10, 2023, the Court exercises its authority to strike Garde and Burke from the First Amended Complaint, and Plaintiff's motion for remand is denied in its entirety. Defendant Boston Globe's motion to dismiss the First Amended Complaint is granted, with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       January 10, 2023

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                **BY:**    *K. Mango*

                                                                  **Deputy Clerk**